

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3831
Telephone (602) 262-0254

Henk Taylor (AZ Bar No. 016321
Email: htaylor@lrlaw.com
Scott K. Brown (AZ Bar No. 020390)
Email: sbrown@lrlaw.com
Doyle S. Byers (AZ Bar No. 022374)
Email: dbyers@lrlaw.com

Attorneys for Debtor
AR Utility Specialists, Inc.

1
2
3
4
5
6
7
8
9
10

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| AR UTILITY SPECIALISTS, INC., an Arizona Corporation, | Case No. 2-05-10489 PHX GBN |
| Debtor, | **NOTICE OF REMOVAL** |
| EID# 86-0597466 | |
| | |
| CYNTHIA REYNOSO, an Arizona Resident | Adversary No. 2-05-00648 GBN |
| Plaintiff | |
| v. | |
| ALEJANDRO REYNOSO, Arizona Resident; AR UTILITY SPECIALISTS, INC., an Arizona Corporation; and ARUSI, INC. f/k/a/ BINARY MASS PROPULSION SYSTEMS, INC., an Arizona Corporation | |
| Defendants. | |

AR Utility Specialists, Inc., debtor and debtor-in-possession ("ARUSI"), a



1  defendant in Arizona Superior Court Maricopa County (the "Superior Court") case

2  number CV2005-008557 styled *Cynthia Reynoso v. AR Utility Specialists, Inc., et al.* (the

3  "Removed Action"), hereby removes the Removed Action to the United States Bankruptcy

4  Court for the District of Arizona.

5      **Entitlement To Removal.**

6      Cynthia Reynoso initiated the Removed Action on May 26, 2005 when she filed her

7  Complaint in the Superior Court of Maricopa County, Arizona naming ARUSI, Alejandro

8  Reynoso and ARUSI, Inc. as defendants.  In her Complaint, Ms. Reynoso seeks

9  declaratory and monetary relief against all three defendants.  On June 6, 2005, ARUSI

10  filed a counterclaim against Ms. Reynoso asserting claims for monetary damages.

11      ARUSI filed its voluntary Chapter 11 petition in this Court on June 10, 2005.

12  ARUSI's Chapter 11 case remains pending in this Court as of the date of this Notice.

13      The claims and counterclaims in the Removed Action are related to the Debtor's

14  Chapter 11 case.  As such, the United States District Court for the District of Arizona (the

15  "District Court") has jurisdiction over the Removed Action pursuant to 28 U.S.C.

16  § 1334(b).  Accordingly, pursuant to 28 U.S.C. § 1452(a), the Removed Action may be

17  removed to the District Court.

18      Pursuant to 28 U.S.C. § 157, the District Court may refer the Removed Action to

19  the bankruptcy judges for the district.  By its General Order 128, the District Court has

20  referred to the bankruptcy judges for this district all cases under title 11 and all

21  proceedings under title 11 or arising in or related to a case under title 11.  That includes

22  the Removed Action.

23      As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is timely filed

24  with the clerk no later than 90 days after the order for relief in the Chapter 11 case.  This

25  notice is filed in the Bankruptcy Court pursuant to Local Bankruptcy Rule 9027-1(a) ("A

26  notice of removal of litigation pending in a court in Arizona shall be filed with the



LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    Bankruptcy Court Clerk's Office in the division where the removed litigation is

2    pending.").

3        **Core/Non-Core Status of Removed Case.**

4        The claims and counterclaims in the Removed Action are core proceedings within

5    the meaning of 28 U.S.C. § 157(b).  To the extent they are not core proceedings, the

6    claims and counterclaims in the Removed Action are "otherwise related to a case under

7    title 11" within the meaning of 28 U.S.C. § 157(c).  ARUSI consents to entry of final

8    orders or judgments by the bankruptcy judge.

9        **Process and Pleadings.**

10       This notice is accompanied by a copy of all process, pleadings and orders in the

11   Removed Action, obtainable from the Superior Court.

12       **Filing in Superior Court.**

13       Pursuant to Bankruptcy Rule 9027(c), a copy of this notice shall be promptly filed

14   with the Clerk of the Superior Court of Maricopa County, Arizona.  Removal of the action

15   is effected upon filing of a copy of the notice of removal.

16       Dated:  August 24,  2005.

17                            LEWIS AND ROCA LLP

18

19                            By:_____/s/ HT (#016321)_____
                                      Henk  Taylor
20                                    Attorneys for AR Utility Specialists, InC.

21

22

23

24

25

26

footer below