

LEWIS AND ROCA LLP
LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3831
Telephone (602) 262-0254

Henk Taylor (AZ Bar No. 016321)
Email: htaylor@lrlaw.com
Scott K. Brown (AZ Bar No. 020390)
Email: sbrown@lrlaw.com
Doyle S. Byers (AZ Bar No. 022374)
Email: dbyers@lrlaw.com

Attorneys for Debtor
AR Utility Specialists, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| AR UTILITY SPECIALISTS, INC., an Arizona Corporation, | Case No. 2-05-10489 PHX GBN |
| Debtor, | **NOTICE OF FILING OF OMITTED EXHIBIT** |
| EID# 86-0597466 | |
| CYNTHIA REYNOSO, an Arizona Resident | Adversary No. 2-05-00648 GBN |
| Plaintiff | |
| v. | |
| ALEJANDRO REYNOSO, Arizona Resident; AR UTILITY SPECIALISTS, INC., an Arizona Corporation; and ARUSI, INC. f/k/a/ BINARY MASS PROPULSION SYSTEMS, INC., an Arizona Corporation | |
| Defendants. | |

AR Utility Specialists, Inc. respectfully submits the Response in Opposition to



1  Motion to Exonerate/Release Bond, which was inadvertently omitted from the Notice of
2  Removal filed on August 24, 2005.  A copy of the Response is attached hereto as Exhibit
3  38.
4       Dated:  August 25, 2005
5                                 LEWIS AND ROCA LLP
6
7                                 By: /s/ HT (#016321)
8                                    Henk Taylor
                                   Attorneys for AR Utility Specialists, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26