# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | AR UTILITY SPECIALISTS, INC. |
| **Case Number:** | 2:05-bk-10489-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 03, 2006 09:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matters:

**1)** CONTINUED HEARING RE: USE OF CASH COLLATERAL.(FR. 06-30, 07-07, 08-11,9-15, 1-09, 1-17, 1-24, 1-31,02-09,02-14,02-28,03-07, 3/27 & 04-04))(RESET FR. 09-13)
 **R / M #:**   20 / 0

**2)** **ADV: 2-05-00648**
 **CYNTHIA REYNOSO vs ALEJANDRO REYNOSO**
 CONTINUED STATUS HEARING RE: REMOVAL. (RESET FR. 09-16)(FR. 09-19,11-21,1/9, 3/27 & 06-20)
 **R / M #:**   1 / 0

**3)** CONTINUED CHAPTER 11 STATUS HEARING.(FR. 11-21,1/9, 3/27 & 06-20)
 **R / M #:**   1 / 0

### Appearances:

J. HENK TAYLOR, ATTORNEY FOR AR UTILITY SPECIALISTS, INC.
ROBERT J. BERENS, ATTORNEY FOR MERCHANTS BONDING

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:05-bk-10489-GBN           TUESDAY, OCTOBER 03, 2006 09:15 AM

## *Proceedings:*

ITEM #1 THROUGH #3
THE COURT NOTES THAT THERE IS ALREADY A HEARING DATE SCHEDULED FOR ORAL ARGUMENT IN LATE NOVEMBER.

MR. TAYLOR PREFERS TO START WITH THE ISSUE OF THE RETAINER, WHICH HE ADVISES HAS BEEN SETTLED. THE PARTIES HAVE AGREED TO SPLIT AND EXPECT TO FINALIZE A STIPULATION LATER THIS WEEK. THE NOVEMBER 28, 2006 HEARING WILL PROBABLY END UP BEING VACATED. MR. TAYLOR GOES ON TO PROVIDE AN UPDATE, INCLUDING THAT THE MOST IMPORTANT CREDITOR AT THIS TIME IS MERCHANTS. A PLAN AND DISCLOSURE STATEMENT ARE EXPECTED TO BE FILED IN JANUARY. MR. TAYLOR ALSO STATES THAT THEY EXPECT TO FILE A COUPLE MOTIONS, SPECIFICALLY ONE TO ENTER INTO A LEASE REGARDING THE PRINTERS. AS TO THE CASH COLLATERAL AGREEMENT, IT IS NOTED THAT THEY HAVE AN AGREEMENT WITH MERCHANTS TO EXTEND THE CURRENT ORDER THROUGH JULY 2007. COURT APPROVAL IS SOUGHT, UNDER THE CURRENT TERMS.

THE COURT RECOMMENDS THAT THERE SHOULD BE A BAR DATE FOR OBJECTIONS, UTILIZING NEGATIVE NOTICE.

MR. BERENS RELATES THAT HE WILL NEED TO VERIFY THE PAYMENT. IT IS ALSO ANTICIPATED THAT THE STIPULATION FOR THE USE OF CASH COLLATERAL WILL BE FILED TODAY, WITH THE STIPULATION AS TO THE RETAINER TO BE FILED SOON.

AS TO THE ADVERSARY, MR. TAYLOR REPORTS THAT THERE HAS BEEN NO CHANGE. A CONTINUANCE TO JANUARY IS SUGGESTED.

THE COURT: ITEM #2 AND #3 ARE CONTINUED TO JANUARY 9, 2007 @ 9:30 A.M. ITEM #1 IS CONTINUED TO JUNE 21, 2007 @ 9:15 A.M. AND MAY BE VACATED PURSUANT TO A STIPULATION. THE ORAL STIPULATION, ENTERED IN OPEN COURT TODAY, IS APPROVED AND WILL BE REFINED IN A WRITTEN ORDER.